IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN PAYNTON** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 13-6373 |
| | : | |
| **SPUDS, LLC** | : | |

## ORDER

This 9th day of July, 2014, it is hereby ORDERED that defendants' Motion for Summary Judgment is DENIED.

/s/ Gerald Austin McHugh
United States District Court Judge